JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/15/2011

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE EARLY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>QUINTANA, Warden,<br><br>　　　　Respondent. | Case No. CV 09-8818-SVW (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 13, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY